Bernard P. Reynolds, Appellant, v. Felice Gerardi, Respondent.— Order of the County Court of Westchester county affirmed, with ten dollar. costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills and Rich, JJ., concurred; Carr, J., not voting.

Harry Rosenwasser and Morris Rosenwasser, Respondents, v. Michele Ogoglia, Appellant. (Appeal No. 2.)— Order reversed, with ten dollars costs and disbursements, and motion denied, without costs. (See *Rosen-wasser* v. *Ogoglia, No. 1*, 172 App. Div. 107, decided herewith.) Jenks, P. J., Thomas, Mills and Rich, JJ., concurred; Carr, J., not voting.

Edmunt Sikorski, Appellant, v. Wotherspoon Plaster Mills, Inc., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present —Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Gilbert O. Smith, Appellant, v. Elijah Osterhout, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

Charles Sugerman, Respondent, v. Louis Stolitzky, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present —Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

*Decisions by the Presiding Justice on Applications to Appeal from the Appellate Term.*

Celia Antonowsky, Respondent, v. Nathan Nanes, Appellant.— Application denied, with ten dollars costs.

Frederick E. Hodgkiss and Others, Appellants, v. Dayton-Brower Company, Inc., Respondent.— Application denied, with ten dollars costs.

Selma Hunt, Appellant, v. Hubbell Publishing Company, Respondent. — Application denied, with ten dollars costs.

Harris Marx, Respondent, v. John Kovacs, Appellant.— Application denied, with ten dollars costs.

Max A. Singer, Appellant, v. Emanuel Schonbrun and Another, Copartners, etc., Respondents.— Application denied, with ten dollars costs.

Alfred A. Smith and Another, Respondents, v. Benjamin Sachs, Appellant.— Application denied, with ten dollars costs.

Charles C. Voorhees, Respondent, v. Laura A. Cregan, Appellant.— Application denied, with ten dollars costs.

William Walden, Respondent, v. Harris Goodman, Appellant.— Application denied, with ten dollars costs.

William Hennessy, Appellant, v. Interboro Brewing Company, Respondent.— Application denied, with ten dollars costs.